Robert J. Douglas, Esq. SBN 125007
380 Clementina, #408
San Francisco, CA 94103
Telephone:    415-974-1981

Attorney for Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT J. DOUGLAS, | Case No. C-07-5127 |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| vs. | |
| LISA KIRWIN, JANET LEE, SHARON MILLER, RENAISSANCE ENTREPRENEURSHIP CENTER, AND DOES 1-60, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to a settlement, the terms of which are confidential, Plaintiff Robert J. Douglas voluntarily dismisses the above captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

DATED: October 25, 2007.

ROBERT J. DOUGLAS, ESQ.

By  /s/ Robert J. Douglas
　　Robert J. Douglas, Esq.
　　Attorney for Plaintiff in Pro Per