Robert J. Douglas, Esq. SBN 125007
380 Clementina, #408
San Francisco, CA 94103
Telephone:      415-974-1981

Attorney for Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. DOUGLAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LISA KIRWIN, JANET LEE, SHARON MILLER, RENAISSANCE ENTREPRENEURSHIP CENTER, AND DOES 1-60,<br><br>　　　　　Defendants. | Case No. C-07-5127<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

1  NOTICE IS HEREBY GIVEN that, pursuant to a settlement, the terms of which are
2  confidential, Plaintiff Robert J. Douglas voluntarily dismisses the above captioned action with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

DATED: October 25, 2007.

ROBERT J. DOUGLAS, ESQ.


By____/s/ Robert J. Douglas_____
    Robert J. Douglas, Esq.
    Attorney for Plaintiff in Pro Per

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Signature Attestation**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: October 29, 2007.

By      /s/ James A. Daire
James A. Daire, SBN 239637
Attorney for Defendants